FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL 12  AM 10: 13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED: **10-1944**    SECT. N MAG 2

CASSANDRA M. LA FARGUE vs. EASTERN SAVINGS BANK, fsb

PERTITIONER FOR DAMAGES

Petitioner Cassandra M. La Fargue, a person of legal age of majority, a resident of 2435 Esplanade Avenue, in the parish of Orleans, State of Louisiana with respect represents :

Made defendants is Eastern Savings Bank , fsb., Executive Plaza 11 Suite 200. 11350 Mc Cormick Road, Hunt Valley, MD 21031. On such date the defendant misrepresents borrower in regard to predatory lending practices , high interest rate, predatory lending criteria.

Fraudulent, deceptive, predatory, unlawful and abusive loan practices. Negligence, misrepresentation and stalling, in-which Eastern Savings Bank, fsb. unwillingness to , after the borrower repetitive requests to the lender for a loan modification , repayment/ or reinstatement of loan. In which, the loan resulted in foreclosure.
As a consequence, petitioner has suffered damages in the amount of One Million Dollars but in good faith above $ 775,000.00.

Wherefore petitioner pray that the defendant: Eastern Savings Bank, fsb, be served with this petition and cited to appear in court and answer that all due proceedings, therefore judgment herein in favor of Cassandra M. La Fargue. In an amount sufficient to compensate petitioner for her harm:
For all costs of this proceeding: together with interest thereon from the date of filing: and for such other and further relief as may be appropriate by law, in equity or the nature of the case.

[Signature]

2435 Esplanade Ave
New Orleans, LA. 70119

mailing address: P.O. Box 58215
New Orleans, LA. 70158

504-524-0162 o/c
504-906-9405 (cell)

dated: July 12, 2010

Fee 350
Process
X Dktd
CtRmDep
Doc. No.