UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASSANDRA M. LaFARGUE | CIVIL ACTION |
| VERSUS | NO. 10-1944 |
| EASTERN SAVINGS BANK, fsb | SECTION "N" (2) |

## ORDER AND REASONS

On September 1, 2010, the Court dismissed this matter with prejudice because Plaintiff, proceeding *pro se*, had not opposed the motion to dismiss filed by Defendant, which appeared to have merit. *See* Rec. Doc. 11. Specifically, prior to its amendment as of February 1, 2011, Local Rule 7.5E of the Eastern District of Louisiana required that a memorandum in opposition to a motion be submitted eight days prior to the date set for hearing of the motion. Although Defendant's motion was set to be heard on August 25, 2010, Plaintiff had not filed an opposition memorandum as of September 1, 2010. Additionally, the record in this matter reflects that both the Court's September 1, 2010 Order and September 24, 2010 Judgment (Rec. Docs. 11 and 12) were returned as "undeliverable" to the office of the Clerk of Court on or about November 23, 2010.

Thereafter, on February 23, 2011, Plaintiff submitted a motion seeking reconsideration (Rec. Doc.15) of the September 1, 2010 dismissal and, the next day, the letter

1



attached hereto as Exhibit "A". Both suggest that Plaintiff had not received prior notices in this matter because the United States Postal Service had failed to forward her mail to her at a Baton Rouge mailing address as it should have.

Considering all of the foregoing, **IT IS ORDERED** that this matter shall be and is hereby re-opened and the Court's September 1, 2010 Order and September 24, 2010 Judgment vacated. Defendant's motion to dismiss (Rec. Doc. 4) is re-set for submission on Wednesday, September 7, 2011. Based on that submission date, Plaintiff's memorandum in opposition must be received by the Court and defense counsel on or before Tuesday, August 30, 2011. Unless otherwise ordered, the matter will be taken under submission by the Court as of September 7, 2011, for determination based on the parties' <u>written</u> filings rather than upon any oral argument by the parties.

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Order as directed may result in the dismissal of Plaintiff's claims.

**IT IS FURTHER ORDERED** that Plaintiff must promptly familiarize herself with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Preamble to the Local Rules. Local Rules 5, 7, and 78 are particularly important with regard to motions. All of these materials are published on the Court's website, which is found at www.laed.uscourts.gov. These materials also may be reviewed and/or copied at the Law Library of the United States Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, Louisiana 70130. The telephone number there is 504-310-7797.

Plaintiff is additionally instructed that she, not the United States Postal Service, is responsible for ensuring that this Court and defense counsel have valid contact information for her.

Furthermore, failure to satisfy this obligation hereinafter may be considered cause for dismissal of Plaintiff's claims for failure to prosecute pursuant to Local Rule 41.3.1. That rule provides:

**LR 41.3.1 Dismissal for Failure to Provide Notification of Change of Address**

The failure of an attorney or pro se litigant to notify the court of a current e-mail or postal address may be considered cause for dismissal for failure to prosecute when a notice is returned to the court because of an incorrect address and no correction is made to the address for a period of 35 days from the return. [Amended February 1, 2011]

New Orleans, Louisiana, this 15th day of August 2011.

KURT D. ENGELHARDT
**UNITED STATES DISTRICT JUDGE**