UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASSANDRA M. LAFARGUE | CIVIL ACTION |
| VERSUS | NO. 10-1944 |
| EASTERN SAVINGS BANK, fsb | SECTION "N" (2) |

**J U D G M E N T**

For the reasons set forth in the Court's Order dated June 7, 2012; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant, Eastern Savings Bank, fsb, and against plaintiff, Cassandra M. LaFargue, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this ___7th___ day of June, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE